James D. Greene
Nevada Bar No. 2647
**GREENE INFUSO, LLP**
3030 South Jones Blvd., Suite 101
Las Vegas NV 89146
Telephone: (702) 570-6000
Email: jgreene@greeneinfusolaw.com

Jeffrey L. Hartman
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
Email: jlh@bankruptcyreno.com

*Attorneys for Christina W. Lovato,
Chapter 7 Trustee for Debtors*

Jack A. Raisner (admitted *pro hac vice*)
René S. Roupinian (admitted *pro hac vice*)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Email: jar@outtengolden.com
Email: rsr@outtengolden.com

*Attorneys for Plaintiff and putative class*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC. et al.,[1]<br><br>Debtor. | Joint Administration Case No.<br>BK-19-50102-GS<br><br>Chapter 11 |
| JOHN MIRANDA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>DC SOLAR SOLUTIONS, INC., DOUBLE JUMP, INC., DORA DOG PROPERTIES, LLC, DOG BLUE PROPERTIES, LLC; BRANDY BOY PROPERTIES, LLC; 475 CHANNEL ROAD, LLC; PARK ROAD, LLC, 140 MASON CIRCLE, LLC; and DC SOLAR DISTRIBUTION, INC.<br><br>Defendants. | **STIPULATION STAYING ADVERSARY PROCEEDING WITHOUT PREJUDICE**<br><br>Adv. Proc. No. 19-05002-GS |

---

[1] The Debtors in these cases are: DC Solar Solutions, Inc., Double Jump, Inc., Dora Dog Properties, LLC; Dog Blue Properties, LLC; Brandy Boy Properties, LLC; 475 Channel Road, LLC; Park Road, LLC, 140 Mason Circle, LLC, and DC Solar Distribution, Inc.

**WHEREAS**, Plaintiff John Miranda, on behalf of himself and all other similarly situated persons, initiated the above-captioned adversary case (the "Adversary Proceeding") by complaint (the "Complaint") on February 11, 2019 and filed a First Amended Complaint on February 13, 2019 against the Debtors for alleged violation of California Labor Code §§ 1400 – 1408 (the "Cal-WARN Act").

**WHEREAS**, the Debtors filed for Chapter 11 bankruptcy on January 30, 2019 (Bankruptcy Case Nos. 19-50103, 19-50104, 19-50105, 19-50106, 19-50108, 19-50109, 19-50130, 19-50131, 19-50135); and

**WHEREAS**, the Debtors' bankruptcy cases are being jointly administered pursuant to an order entered on February 12, 2019 (Order Granting Joint Administration of Case Nos. 19-50103, 19-50104, 19-50105, 19-50106, 19-50108, 19-50109, 19-50130, 19-50131, 19-50135 with lead 19-50102) (ECF No. 97); and

**WHEREAS**, the Debtors' Chapter 11 bankruptcy case was converted to Chapter 7 on March 22, 2019 (ECF No. 438); and

**WHEREAS**, the Chapter 7 Trustee, Christina W. Lovato, was appointed on March 22, 2019) (ECF Nos. 439, 440); and

**WHEREAS**, the Trustee, through her undersigned counsel, and counsel for the Plaintiff have discussed the financial condition of the Debtors' bankruptcy estate and agree that a stay of the Adversary Proceeding for a period of one hundred twenty (120) days, would be appropriate under the circumstances so long as it is without prejudice to either party.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. In order to conserve the resources of the estate and without prejudice to either party, the Adversary Proceeding shall be stayed for a period of approximately 120 days, until October 9, 2019 (the "Stay").

3. The Stay is without prejudice to either party and the parties reserve all rights with respect to any claims or defenses in connection with the Adversary Proceeding.

4. Nothing in this Order shall prejudice the rights of any of the parties to seek a further stay beyond the Stay provided for in Paragraph 1 above.

1  DATED this 27th day of June 2019

2

3  By:/s/ James D. Greene    By: /s/ Jeffrey L Hartman
   James D. Greene
4  Nevada Bar No. 2647                              Jeffrey L. Hartman
   **GREENE INFUSO, LLP**                           **HARTMAN & HARTMAN**
5  3030 South Jones Blvd., Suite 101                510 West Plumb Lane, Suite B
   Las Vegas NV 89146                               Reno, NV 89509
6  Telephone: (702) 570-6000                        Telephone: (775) 324-2800
   Email: jgreene@greeneinfusolaw.com               jlh@bankruptcyreno.com

7  René S. Roupinian (admitted *pro hac vice*)      *Attorneys for Christina W. Lovato,*
   Jack A. Raisner (admitted *pro hac vice*)        *Chapter 7 Trustee for Debtors*
8  **OUTTEN & GOLDEN LLP**
   685 Third Avenue, 25th Floor
9  New York, NY 10017
   Telephone: (212) 245-1000
10
   *Attorneys for the Plaintiff and the putative class*
11

3