_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 16, 2020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC.,<br><br>Debtors.<br>_____<br>JOHN MIRANDA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DC SOLAR SOLUTIONS, INC., et al.,<br><br>Defendants.<br>_____ | Joint Administration Case No.: 19-50102-gs<br>Chapter 7<br><br>Adv. Proceeding No.: 19-05002-gs<br><br>Status and Scheduling Conference<br>DATE:   September 3, 2020<br>TIME:    9:30 a.m.<br><br>**Continued Status and Scheduling Conference**<br>**DATE:   March 4, 2021**<br>**TIME:    9:30 a.m.** |

**ORDER CONTINUING STATUS AND SCHEDULING CONFERENCE**

On September 3, 2020, the court held a status and scheduling conference in the above-referenced case. Appearances were as noted on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the status and scheduling conference is CONTINUED to **March 4, 2021 at 9:30 a.m.** in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada, before Bankruptcy Judge Gary Spraker.

//

1   IT IS FINALLY ORDERED that in advance of the continued status and scheduling conference
2 the parties should check the court's website, www.nvb.uscourts.gov, for the court's most recent COVID
3 procedures and any related instructions for appearing before the court.
4   IT IS SO ORDERED.
5   * * * *
6 Copies sent to all parties via CM/ECF ELECTRONIC NOTICE.
7                                          # # #